United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOVITA MEZA,<br><br>              Plaintiff,<br><br>      v.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>              Defendant. | Case No. 15-CV-02320-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorneys:  Matt Leal
Defendant's Attorneys:  Brian Kim

An initial case management conference was held on September 24, 2015.  A further case management conference is set for January 20, 2016, at 2:00 p.m.  The parties shall file their joint case management statement by January 13, 2016.

By October 8, 2015, the parties shall file a joint mediation report identifying their mediator and mediation date.  The parties shall complete mediation by February 19, 2016.

The parties shall file a stipulated protective order for Judge Cousins's signature by October 8, 2015.

Defendant Lowe's Home Centers, LLC shall serve initial disclosures by October 23, 2015. The initial disclosures shall include a production of documents.

Plaintiff agreed to submit to an independent medical examination, if Defendant requests.

1

Case No. 15-CV-02320-LHK
CASE MANAGEMENT ORDER

The Court will not bifurcate the trial on liability and damages.

The Court set the following case schedule:

| Scheduled Event | Date |
| --- | --- |
| Last Day to Amend the Pleadings/Add Parties | November 23, 2015 |
| Opening Expert Reports | March 31, 2016 |
| Rebuttal Expert Reports | April 21, 2016 |
| Close of Expert and Fact Discovery | May 12, 2016 |
| Last Day to File Dispositive Motions (one per side in the entire case) | June 2, 2016 |
| Hearing on Dispositive Motions | July 14, 2016, at 1:30 p.m. |
| Final Pretrial Conference | September 8, 2016, at 1:30 p.m. |
| Jury Trial | October 3, 2016, at 9:00 a.m. |
| Length of Trial | 3 days |

**IT IS SO ORDERED.**

Dated:  September 24, 2015

_____
LUCY H. KOH
United States District Judge