THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE BRANCH

| | |
|---|---|
| JOVITA MEZA,<br><br>             Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS LLC AKA LOWES HOME IMPROVEMENT AKA LOWES; LOWES HIW INC., A California Corporation with suspended status.<br><br>AND DOES 1 through 20, Inclusive,<br><br>             Defendants. | CASE NO.: 15-CV-02320-LHK<br><br>(Santa Clara County Superior Court Case No.: 115 CV 279429)<br><br>[PROPOSED] ORDER ON DEFENDANT LOWE'S HOME CENTERS, LLC'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that the Court has considered the request of Defendant LOWE'S HOME CENTERS, LLC ("Defendant") for an Order excusing defense counsel from personal attendance at the Case Management Conference currently scheduled for January 20, 2016 at 2:00 p.m.

///
///
///
///
///

- 1 -

**GOOD CAUSE HAVING BEEN SHOWN**, it is hereby **ORDERED** that defense counsel may appear telephonically in lieu of personal appearance at the Case Management Conference currently scheduled for January 20, 2016 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: January 15, 2016

*Lucy H. Koh*
HON. LUCY H. KOH
U.S. DISTRICT COURT JUDGE