UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOVITA MEZA,<br><br>        Plaintiff,<br><br>    v.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>        Defendant. | Case No. 15-CV-02320-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On March 4, 2016, the parties informed the Court that the parties reached a settlement. ECF No. 32. The parties requested thirty days to submit a stipulation of dismissal, and further requested that the Court vacate the remaining case schedule. The Court will not vacate the case schedule before a stipulation of dismissal is filed. The parties may stipulate that the Court dismiss the case and retain jurisdiction to enforce the terms of the settlement agreement. The case management conference set for March 9, 2016, at 2:00 p.m. is hereby CONTINUED to April 13, 2016, at 2:00 p.m.

1  **IT IS SO ORDERED.**

3  Dated: March 8, 2016

_____
LUCY H. KOH
United States District Judge

2
Case No. 15-CV-02320-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE