United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JOVITA MEZA,

              Plaintiff,

        v.

LOWE'S HOME CENTERS, LLC,

              Defendant.

Case No. 15-CV-02320-LHK

**ORDER DISMISSING CASE WITH PREJUDICE**

Re: Dkt. No. 34

On March 10, 2016, Plaintiff Jovita Meza ("Plaintiff") filed a Notice of Voluntary Dismissal to dismiss "Plaintiff's Complaint in its entirety, with prejudice." ECF No. 34. Where a litigant seeks dismissal after the opposing party serves either an answer or a motion for summary judgment, the action may be dismissed only by court order or the joint stipulation of the parties. Fed. R. Civ. P. 41. Defendant Lowe's Home Centers, LLC ("Defendant") did not sign Plaintiff's Notice of Voluntary Dismissal. However, Defendant filed an answer May 18, 2015. ECF No. 1. Accordingly, a court order is required to dismiss the instant case. As Defendant has not filed any counterclaims in this action, the Court hereby DISMISSES the case with prejudice. The Clerk shall close the case file.

1

Case No. 15-CV-02320-LHK
ORDER DISMISSING CASE WITH PREJUDICE

1   **IT IS SO ORDERED.**

2

3   Dated:  March 11, 2016

4   _____

5   LUCY H. KOH
    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2

Case No. 15-CV-02320-LHK
ORDER DISMISSING CASE WITH PREJUDICE